1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11   BENJAMIN C. OYARZO,                    No. CIV. S-11-0754 FCD EFB
12              Plaintiff,
13        v.
14   TUOLUMNE FIRE DISTRICT, aka            **RELATED CASE ORDER**
     TUOLUMNE FIRE PROTECTION
15   DISTRICT, JOSEPH TURNER,
     DARLENE HUTCHINS, KENNETH
16   HOCKETT, and BRIAN MACHADO,
17              Defendants.
     _____/
18
     NICHOLAS HART,                         No. CIV. S-11-0812 MCE GGH
19
                Plaintiff,
20
          v.
21
     TUOLUMNE FIRE DISTRICT, aka
22   TUOLUMNE FIRE PROTECTION
     DISTRICT, JOSEPH TURNER,
23   TONEY POWERS, KENNETH
     HOCKETT, and BRIAN MACHADO,
24
                Defendants.
25   _____/
26        Examination of the above-entitled actions reveals that they are related within the meaning
27   of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same parties, are based on the
28   same or similar claims, the same property transaction or event, similar questions of fact and the

same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CIV. S-11-0812 MCE GGH is reassigned to District Judge Frank C. Damrell, Jr., and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as: **CIV. S-11-0812 FCD EFB**.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS FURTHER ORDER that the Clerk of Court issue an Order Requiring a Joint Status Report for the undersigned.

IT IS SO ORDERED.

DATED: March 28, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2